O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-04-605 |
| | § | |
| ARNOLD ANTHONY MIRELES, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING MOTION FOR PREPARATION OF THE TRIAL TRANSCRIPT AT PUBLIC EXPENSE**

Pending is defendant's motion for preparation of the trial transcript at public expense (D.E. 47).  A hearing was held May 16, 2005.  During the hearing the parties stipulated that a transcript of the trial was not necessary to decide the issues raised in the motion for a new trial.  The District Court has not requested the transcript.  The motion (D.E. 47) is denied without prejudice.

ORDERED this 2nd day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge